UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

SPIN MASTER, LTD.,

                Plaintiff,

-against-

AOMORE-US, et al.,

                Defendant(s).

------------------------------------------X

Case No.: 23-cv-07099 (KPF)

**ORDER
GRANTING PLAINTIFF'S MOTION
<u>FOR ALTERNATIVE SERVICE</u>**

Having considered the submissions in connection with Plaintiff Spin Master, Ltd.'s ("Spin Master") Motion for Alternative Service, it is hereby:

**ORDERED** that the Plaintiff's Motion for Alternative Service is GRANTED. Plaintiff may serve Defendants by the following methods, which are reasonably calculated to provide them with notice of this lawsuit:

(1) Service via email on Aomore-US (luohongjun1962@outlook.com), Ropwol (kite6@aol.com), and Yucmed Store (xintao34817797@163.com); and

(2) Service via email to attorney Michael J. Feigin Esq. (michael@patentlawny.com) for Chenghai Lucky Boy Toys Co., Ltd,, Leqiong a/k/a Xiaogan Leqiongshangmaoyouxiangongsi, Monkki a/k/a Zhongxiangshi Henghaomaoyiyouxiangongsi, and Onecemore a/k/a Shenzhen Jinfanchuanmeiyouxiangongsi.

SO ORDERED.

Dated: September 12, 2023
       New York, New York

                                          Hon. Katherine Polk Failla
                                          United States District Judge

The Clerk of Court is directed to terminate the pending motions at docket numbers 14 and 18.