UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER, LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> AOMORE-US, et al., <br><br> Defendant(s). | 23-CV-7099 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

It is hereby ORDERED that Plaintiff serve Defendants with copies of all documents—including all declarations and exhibits—associated with its October 13, 2023 *ex parte* motion (ECF 34) within **one (1) hour** of receipt of this Order.

It is further ORDERED that all parties' deadline for filing any briefing referenced in the Court's October 18, 2023 Order (ECF 32) is hereby extended to **October 19, 2023, at 11:59 p.m. (ET)**.

SO ORDERED.

Dated: October 19, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Dale E. Ho*
　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge