UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

SPIN MASTER, LTD.

                Plaintiff,

    - against -

AOMORE-US; LEQIONG a/k/a
XIAOGAN LEQIONGSHANGMAOYOUXIANGONGSI;

MONKKI a/k/a ZHONGXIANGSHI
HENGHAOMAOYIYOUXIANGONGSI,
ONECEMORE a/k/a
SHENZHEN JINFANCHUANMEIYOUXIANGONGSI,
ROPWOL, YUCMED STORE,
and CHENGHAI LUCKY BOY TOYS CO., LTD.,

                Defendants.

Case No. 23 Civ. 7099 (DEH)

Hon. Dale E. Ho

**<u>ORDER RELATED TO
DEFENSE COUNSEL'S
MOTION TO
WITHDRAW</u>**

------------------------------------------------------------------------ X

      Having considered the parties' submissions concerning Tarter Krinsky & Drogin's Motion to Withdraw (Dkt. Nos. 50, 52, and 56), IT IS HEREBY ORDERED as follows.

    1.    The parties will abide by the following briefing schedule for Plaintiff Spin Master, Ltd.'s motion for sanctions and renewed motion for attachment as to Aomore-US, Ropwol, and Yucmed Store:

        i.   November 9: Opening Brief

        ii.  November 22: Opposition

        iii. November 29: Reply

    2.    Defendants Aomore-US, Ropwol, and Yucmed Store shall answer or otherwise respond to the Complaint (Dkt. No. 1) on or before November 13, 2023.

    3.    Plaintiff shall serve this Order upon Aomore-US (luohongjun1962@outlook.com),

Ropwol (kite6@aol.com), and Yucmed Store (xintao34817797@163.com) by email and that shall be deemed good and sufficient service.

4. The Order dated October 27, 2023 (Dkt. No. 47) is hereby limited in the following manner: (1) only Leqiong, Monkki, Onecemore, and Chenghai Lucky Boy Toys are entitled to seek the expedited discovery set forth therein, and (2) the production required from Plaintiff in Paragraph 6 is limited to documents concerning the represented defendants Leqiong, Monkki, Onecemore, and Chenghai Lucky Boy Toys, and not documents relating only to the unrepresented defendants.

**SO ORDERED.**

SIGNED this **8th** day of November, 2023

New York, New York

_____
DALE E. HO, U.S.D.J.