UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER, LTD., <br><br>                              Plaintiff(s),<br><br> v.<br><br> AOMORE-US, et al.,<br><br>                              Defendant(s). | 23-CV-7099 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

WHEREAS the parties met before the Court on November 27, 2023, to discuss amended deadlines to submit pending briefing,

It is hereby ORDERED as follows:

- Status Report:

    o By **December 1, 2023**, Plaintiff shall file a status report detailing the business operations of Aomore-US and Ropwol ("Unrepresented Defendants"). Plaintiff shall discuss with precision the nature of any ongoing allegedly infringing conduct committed by Unrepresented Defendants.

- Motion to Dismiss Briefing:

    o By **December 4, 2023**, Defendants Leqiong, Monkki, Onecemore, and Chenghai Lucky Boy Toys Co., Ltd., ("Represented Defendants") shall file their Motion to Dismiss. To the extent the motion joins in arguments already raised by Defendant Yucmed Store in its Motion to Dismiss, *see* ECF Nos. 68-69, the Memorandum of Law in support of the Motion to Dismiss shall simply so state, without repeating arguments already raised by Defendant Yucmed Store.
    o By **December 15, 2023**, Plaintiff shall file its Consolidated Opposition to all Motions to Dismiss.
    o By **January 5, 2024**, all Represented Defendants shall file their Consolidated Reply.

- Preliminary Injunction Briefing:

    o By **December 15, 2023**, all Represented Defendants shall file their Opposition.
    o By **January 5, 2024**, Plaintiff shall file its Reply.

- Hearing on the Motions to Dismiss and for Preliminary Injunction:

    o On **January 12, 2024, at 10:30 a.m.** (E.T.), the parties shall appear in person before the Court, and shall be prepared to address both motions discussed herein. The hearing will take place at the Thurgood Marshall United States Courthouse, located at 40 Foley Square New York, NY 10007, Courtroom 905.

SO ORDERED.

Dated: November 27, 2023
New York, New York

_____
DALE E. HO
United States District Judge