UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER, LTD., <br><br>                    Plaintiff(s), <br><br> v. <br><br> AOMORE-US, et al., <br><br>                    Defendant(s). | 23-CV-7099 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

WHEREAS Plaintiff filed a letter requesting the Court to enter default judgment against Defendants Aomore-US and Ropwol, ECF No. 107;

WHEREAS Defendants Leqiong, Monkki, Oncemore, Yucmed Store, and Chenghai Lucky Boy Toys Co., Ltd., filed a letter requesting the Court's guidance regarding the procedure for the preliminary injunction hearing scheduled for January 12, 2024, ECF No. 108;

IT IS HEREBY ORDERED that the parties shall appear before the Court via Microsoft Teams **on January 5, 2024, at 4:30 p.m. (E.T.)**, for a status conference to discuss issues raised by the pending requests. The parties shall dial 646-453-4442, enter the meeting code 622913404, and press pound (#).

SO ORDERED.

Dated: January 2, 2024
       New York, New York

                                                         _____
                                                                   DALE E. HO
                                                         United States District Judge