UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER, LTD.,<br><br>      Plaintiff(s),<br><br>   v.<br><br>AOMORE-US, et al.,<br><br>      Defendant(s). | 23-CV-7099 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  The conference scheduled on January 5, 2024, at 4:30 p.m. (E.T.), ECF No. 109, will now be held on **January 5, 2024, at 11:00 a.m. (E.T.)**. The parties shall dial 646-453-4442, enter the meeting code 622913404, and press pound (#).

                  SO ORDERED.

                  _____
                  DALE E. HO
                  United States District Judge

Dated: January 3, 2024
New York, New York