UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER, LTD., | |
|                 Plaintiff(s), | 23-CV-7099 (DEH) |
|     v. | ORDER |
| AOMORE-US, et al., | |
|                 Defendant(s). | |

DALE E. HO, United States District Judge:

    Due to an unforeseen scheduling conflict, the conference scheduled on January 5, 2024, at 11:00 a.m. (E.T.), ECF No. 110, will now be held on **January 5, 2024, at 10:15 a.m. (E.T.)**. The parties shall dial 646-453-4442, enter the meeting code 622913404, and press pound (#).

    SO ORDERED.

Dated: January 4, 2024
       New York, New York

                                                  DALE E. HO
                                       United States District Judge