UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Spin Master, Ltd.,<br><br>      Plaintiff,<br><br>   v.<br><br>Aomore-US, et al.,<br><br>      Defendant(s). | 23 Civ. 7099 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On November 13, 2024, Plaintiff Spin Master, Ltd., notified that Court that it seeks to renew its motion for a preliminary injunction. ECF No. 136. The Court previously denied this motion without prejudice. See ECF No. 126. The parties are directed to file amended preliminary injunction briefing adhering to the following parameters and schedule:

- Plaintiff's opening brief (no greater than 20 pages) shall be due by December 6, 2024.
- Defendants' joint opposition brief (no greater than 20 pages) shall be due by December 23, 2024.
- Plaintiff's reply brief (no greater than 10 pages) shall be due by January 13, 2025.

  The parties may resubmit amended/updated versions of their initial briefing related to Plaintiff's motion for preliminary injunction—but they may not incorporate previous briefing by reference, as the Court will only consider the renewed briefing in its decision on this matter.

  Accordingly, Plaintiff's application at ECF No. 136 is GRANTED IN PART.

  SO ORDERED.

Dated: November 21, 2024
   New York, New York

                           DALE E. HO
                           United States District Judge