

Andrew D. Skale
+1.858.314.1506
ADSkale@mintz.com

3580 Carmel Mountain Road
Suite 300
San Diego, CA  92130
858 314 1500
mintz.com

September 29, 2025

**BY ECF**

Honorable Judge Dale E. Ho
United States District Judge
40 Foley Square, Court Room 905
New York, NY 10007

      Re:    *Spin Master, Ltd. v. Aomore-US*, Case No. 23 Civ. 7099 (DEH),
            <u>**Request to Supplement Motion for Preliminary Injunction**</u>

Dear Judge Ho:

We write on behalf of plaintiff Spin Master, Ltd. ("Spin Master") to (a) withdraw our letter dated September 23, 2025 (ECF No. 162) and (b) request that the Court set a briefing schedule to allow supplementation of Spin Master's pending motion for a preliminary injunction. (ECF 141). Specifically, Spin Master seeks to substitute Claims 1, 6, and 21 of U.S, Patent No. 7,753,755 ("the '755 Patent") in place of Claim 1 of U.S. Patent No. 9,675,897 ("the '897 Patent").

This action involves claims for infringement of five patents. Spin Master's motion for a preliminary injunction, which was filed on October 13, 2023, was limited to Claim 1 of the '897 Patent because (i) Defendants' products clearly infringed that claim, (ii) District Judge Denise Cote had previously interpreted the Claim and rejected defenses that were likely to arise again, and (iii) Spin Master sought to simplify the Court's analysis in this action. (ECF 32). On June 17, 2024, however, the Court vacated its prior order authorizing alternative service of process and denied the preliminary injunction motion without prejudice. (ECF 126.) Following formal service through the Hague Convention—necessitated by Defendants' refusal to accept service through counsel—Spin Master renewed its motion as to the '897 Patent on December 6, 2024. (ECF 143). That motion was fully briefed as of January 10, 2025, and remains pending.

As Defendants have argued, it now appears that the '897 Patent expired in July 2025. When this action began, Spin Master did not anticipate that its 2023 motion for preliminary injunction would be unresolved for the remaining life of that patent.

As noted in our September 23, 2025 letter (ECF No. 162), Spin Master recently learned that Defendant Chenghai Lucky Boy Toys commenced a new infringement, with its wall-climbing gecko toys. Accordingly, Spin Master seeks to preliminarily enjoin that infringing activity, since it infringes Claims 1, 6, and 21 of the '755 Patent, which remains in force until April 2029. The '755 Patent is part of the same family as the '897 Patent, was asserted in the complaint, is directed to wall-climbing technology, and reads on these new products. Spin Master is suffering ongoing harm and is entitled to injunctive relief.

Spin Master therefore respectfully requests that the Court set a briefing schedule for the parties to amend its preliminary injunction motion to halt infringement of the new products, and all other

---

BOSTON    LOS ANGELES    MIAMI    NEW YORK    SAN DIEGO    SAN FRANCISCO    TORONTO    WASHINGTON

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

MINTZ
September 29, 2025
Page 2



infringing products, under Claims 1, 6, and 21 of the '755 Patent. In the alternative and/or in addition to that motion, Spin Master is amenable to engaging in Court-ordered alternative dispute resolution with Defendants.

Respectfully submitted,
/s/ *Andrew D. Skale*
cc:   Counsel of Record (via ecf)

Plaintiff's application for supplementation of its pending motion for a preliminary injunction is **GRANTED**. The parties are directed to meet-and-confer and submit a joint status letter no later than **Tuesday, October 7, 2025**, providing a proposed briefing schedule. In the event that the parties are unable to agree on a briefing schedule, they may submit their respective proposals in the joint status letter. The joint letter shall also propose a date for a hearing on this matter.

Plaintiff is also directed to file a Motion to Amend and a proposed Amended Complaint that, *inter alia*, substitutes the '755 patent, along with a redline showing the differences between the Complaint and the proposed Amended Complaint.

The parties are further directed to indicate in their joint status letter their respective positions as to referral to this District's Mediation Program or to the Magistrate Judge assigned to this matter for purposes of a settlement conference.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: October 2, 2025
New York, New York