Application **GRANTED**. For substantially the same reasons articulated in ECF No. 127, the Court finds the proposed redactions narrowly tailored such that the right to public access is overcome. The Clerk of Court is respectfully directed to terminate ECF No. 175.

SO ORDERED.

Dated: October 23, 2025
New York, New York

*Dale E. Ho*
United States District Judge

# MINTZ

Honorable Judge Dale E. Ho
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Court Room 905
New York, NY 10007

**Andrew D. Skale**
858 314 1506
adskale@mintz.com

3580 Carmel Mountain Road
Suite 300
San Diego, CA  92130
858 314 1500
mintz.com

Re: *Spin Master, Ltd. v. Aomore-US*, Case No. 23 Civ. 7099 (DEH),
**Request for Leave to File Redacted Documents for Preliminary Injunction Briefing**

Dear Judge Ho:

On behalf of plaintiff Spin Master, Ltd. ("Spin Master"), we write pursuant to the Court's Rules 6(d)(ii)–(iii), to request leave to file redacted documents in conjunction with Spin Master's contemporaneously-filed memorandum of law in support of its supplement to its renewed motion for a preliminary injunction.

Spin Master seeks to redact the dollar amount of its sales of Zero Gravity® products in its memorandum and supporting declaration of Susanne Teixeira. Information concerning individual products is not publicly available and its disclosure would disadvantage Spin Master vis-à-vis its competitors. Spin Master also seeks to redact Defendants' sales figures, which they produced with an AEO designation. The Court previously sealed this same information. *See* ECF Nos. 127, 168, 166.

We met and conferred with Defendants' counsel over email regarding the proposed redactions pursuant to the Court's Rule 6(d)(i). Spin Master provided Defendants with notice that they must file a letter explaining the need to seal or redact the references or documents pertaining to their sales data within three business days. Defendants do not oppose this motion.

Accordingly, Spin Master requests leave to file redacted versions of its memorandum and the declaration of Ms. Teixeira.

Respectfully submitted,

Andrew D. Skale
cc:     Counsel of Record (via ecf)