# Exhibit 12



Frank M. White

# Fluid Mechanics

### THIRD EDITION

5-1/4"
HD IBM PC FORMAT
DISK ENCLOSED
Requires
Windows 3.1
or later

**FLUID MECHANICS**

Copyright © 1994, 1986, 1979 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

This book is printed on acid-free paper.

67890 DOC/DOC 9987

P/N 069714-0
PART OF
ISBN 0-07-911695-7

This book was set in Times Roman by CRWaldman Graphic Communications.
The editors were John J. Corrigan and David A. Damstra;
the designer was Hermann Strohbach;
the production supervisor was Leroy A. Young.
New drawings were done by Fine Line Illustrations, Inc.
R. R. Donnelley & Sons Company was printer and binder.

Cover photo by David Fuciarelli and Helen L. Reed.

**Library of Congress Cataloging-in-Publication Data**

White, Frank M.
    Fluid mechanics / Frank M. White.—3rd ed.
      p.      cm.
    Includes bibliographical references and index.
    ISBN 0-07-911695-7 (set)
    1. Fluid mechanics.    I. Title.
TA367.W48      1994
620.1'06—dc20             93-26501

**INTERNATIONAL EDITION**

Copyright 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113765-3.

34567890 DOC/DOC 90987

156 Integral Relations for a Control Volume

$$P = \dot{m}w_s = \rho Q g h_s = (1.94 \text{ slug/ft}^3)(3.0 \text{ ft}^3/\text{s})(32.2 \text{ ft/s}^2)(-507 \text{ ft}) = -94{,}900 \text{ ft} \cdot \text{lbf/s}$$

or $\quad hp = \dfrac{94{,}900 \text{ ft} \cdot \text{lbf/s}}{550 \text{ ft} \cdot \text{lbf/(s} \cdot \text{hp)}} \approx 173 \text{ hp}$

We drop the negative sign when merely referring to the "power" required. If the pump is 80 percent efficient, the input power required to drive it is

$$P_{input} = \frac{P}{\text{efficiency}} = \frac{173 \text{ hp}}{0.8} \approx 216 \text{ hp} \qquad\qquad Ans.$$

The inclusion of the kinetic-energy correction factor $\alpha$ in this case made a difference of about 1 percent in the result.

---

## 3.7 Frictionless Flow: The Bernoulli Equation

Closely related to the steady-flow energy equation is a relation between pressure, velocity, and elevation in a frictionless flow, now called the *Bernoulli equation*. It was stated (vaguely) in words in 1738 in a textbook by Daniel Bernoulli. A complete derivation of the equation was given in 1755 by Leonhard Euler. The Bernoulli equation is very famous and very widely used, but one should be wary of its restrictions—all fluids are viscous and thus all flows have friction to some extent. To use the Bernoulli equation correctly, one must confine it to regions of the flow which are nearly frictionless. This section (and, in more detail, Chap. 8) will address the proper use of the Bernoulli relation.

Consider Fig. 3.15, which is an elemental fixed streamtube control volume of variable area $A(s)$ and length $ds$, where $s$ is the streamline direction. The properties $(\rho, V, p)$ may vary with $s$ and time but are assumed to be uniform over the cross section $A$. The streamtube orientation $\theta$ is arbitrary, with an elevation change $dz = ds \sin\theta$. Friction on the streamtube walls is shown and then neglected—a very restrictive assumption.

Conservation of mass (3.20) for this elemental control volume yields

$$\frac{d}{dt}\left(\int_{CV} \rho \, d\mathcal{V}\right) + \dot{m}_{out} - \dot{m}_{in} = 0 \approx \frac{\partial\rho}{\partial t} d\mathcal{V} + d\dot{m}$$

where $\dot{m} = \rho AV$ and $d\mathcal{V} \approx A \, ds$. Then our desired form of mass conservation is

**Fig. 3.15** The Bernoulli equation for frictionless flow along a streamline: (*a*) forces and fluxes; (*b*) net pressure force after uniform subtraction of $p$.



(a)



(b)

162   Integral Relations for a Control Volume

streamline for frictionless flow with no heat transfer or shaft work, and a control volume is not necessary.

### EXAMPLE 3.22

Rework Example 3.21 to account, at least approximately, for the unsteady-flow condition caused by the draining of the tank.

#### Solution

Essentially we are asked to include the unsteady integral term involving $\partial V/\partial t$ from Eq. (3.76). This will result in a new term added to Eq. (2) from Example 3.21:

$$2 \int_1^2 \frac{\partial V}{\partial t} ds + V_2^2 - V_1^2 = 2gh \tag{1}$$

Since the flow is incompressible, the continuity equation still retains the simple form $A_1 V_1 = A_2 V_2$ from Example 3.21. To integrate the unsteady term, we must estimate the acceleration all along the streamline. Most of the streamline is in the tank region where $\partial V/\partial t \approx dV_1/dt$. The length of the average streamline is slightly longer than the nozzle depth $h$. A crude estimate for the integral is thus

$$\int_1^2 \frac{\partial V}{\partial t} ds \approx \int_1^2 \frac{dV_1}{dt} ds \approx \frac{dV_1}{dt} h \tag{2}$$

But since $A_1$ and $A_2$ are constant, $dV_1/dt \approx (A_2/A_1)(dV_2/dt)$. Substitution into Eq. (1) gives

$$2h \frac{A_2}{A_1} \frac{dV_2}{dt} + V_2^2 \left( 1 - \frac{A_2^2}{A_1^2} \right) \approx 2gh \tag{3}$$

This is a first-order differential equation for $V_2(t)$. It is complicated by the fact that the depth $h$ is variable $h = h(t)$, as determined by the variation in $V_1(t)$

$$h(t) = h_0 - \int_0^t V_1 \, dt \tag{4}$$

Equations (3) and (4) must be solved simultaneously, but the problem is well posed and can be handled analytically or numerically. We can also estimate the size of the first term in Eq. (3) by using the approximation $V_2 \approx (2gh)^{1/2}$ from the previous example. After differentiation, we obtain

$$2h \frac{A_2}{A_1} \frac{dV_2}{dt} \approx - \left( \frac{A_2}{A_1} \right)^2 V_2^2 \tag{5}$$

which is negligible if $A_2 \ll A_1$, as originally postulated.

### EXAMPLE 3.23

A constriction in a pipe will cause the velocity to rise and the pressure to fall at section 2 in the throat. The pressure difference is a measure of the flow rate through the pipe. The smoothly necked-down system shown in Fig. E3.23 is called a *venturi tube*. Find an expression for the mass flux in the tube as a function of the pressure change.



**Fig. E3.23**

---

**Solution**

Bernoulli's equation is assumed to hold along the center streamline

$$\frac{p_1}{\rho} + \tfrac{1}{2}V_1^2 + gz_1 = \frac{p_2}{\rho} + \tfrac{1}{2}V_2^2 + gz_2$$

If the tube is horizontal, $z_1 = z_2$ and we can solve for $V_2$:

$$V_2^2 - V_1^2 = \frac{2\,\Delta p}{\rho} \qquad \Delta p = p_1 - p_2 \tag{1}$$

We relate the velocities from the incompressible continuity relation

$$A_1V_1 = A_2V_2$$

or

$$V_1 = \beta^2 V_2 \qquad \beta = \frac{D_2}{D_1} \tag{2}$$

Combining (1) and (2), we obtain a formula for the velocity in the throat

$$V_2 = \left[\frac{2\,\Delta p}{\rho(1 - \beta^4)}\right]^{1/2} \tag{3}$$

The mass flux is given by

$$\dot{m} = \rho A_2 V_2 = A_2\left(\frac{2\rho\,\Delta p}{1 - \beta^4}\right)^{1/2} \tag{4}$$

This is the ideal frictionless mass flux. In practice, we measure $\dot{m}_{\text{actual}} = c_d \dot{m}_{\text{ideal}}$ and correlate the discharge coefficient $c_d$.

---

### EXAMPLE 3.24

A 10-cm fire hose with a 3-cm nozzle discharges 1.5 m³/min to the atmosphere. Assuming frictionless flow, find the force $F_B$ exerted by the flange bolts to hold the nozzle on the hose.

---

**Solution**

We use Bernoulli's equation and continuity to find the pressure $p_1$ upstream of the nozzle and then we use a control-volume momentum analysis to compute the bolt force, as in Fig. E3.24.

The flow from 1 to 2 is a constriction exactly similar in effect to the venturi in Example 3.23 for which Eq. (1) gave

$$p_1 = p_2 + \tfrac{1}{2}\rho(V_2^2 - V_1^2) \tag{1}$$