

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Sandra A. Hudak**
**Partner**
**212-216-1174**
**shudak@tarterkrinsky.com**

**Via ECF**                                                              February 6, 2026

The Honorable Dale E. Ho, U.S.D.J.
United States District Court, S.D.N.Y.
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

Re:    *Spin Master, Ltd. v. Aomore-US et al.*, Case No. 1:23-cv-07099-DEH
       Joint Request for Extension of Time for Plaintiff to File Position on Bond

Dear Judge Ho:

We represent Defendants/Counterclaimants Leqiong, Monkki, Onecemore, and Yucmed Store and Defendant Chenghai Lucky Boy Toys Co., Ltd. (collectively, "Defendants") in the above-referenced matter. We write, jointly with Plaintiff/Counterclaim-Defendant Spin Master, Ltd. ("Plaintiff"), to request a brief extension of Plaintiff's deadline to "submit a letter brief detailing their position on bond, including a proposed bond amount, by no later than February 6, 2026." (ECF No. 194.)

After the Court issued its February 2, 2026 Order setting a schedule for the parties to brief their respective positions on the amount of the bond to be posted prior to entry of a preliminary injunction, the parties have engaged in discussions regarding a stipulated bond amount. The parties believe that they are close to agreement, but require additional time to complete their discussions.

Accordingly, the parties respectfully request that Plaintiff's deadline be extended from today to Monday, **February 9, 2026**, at which time Plaintiff will either file its letter brief or the parties will provide a further status report regarding an agreed bond amount. The parties also intend to continue discussions regarding the form of a proposed order for the preliminary injunction, and hope to reach agreement on such proposed order by the end of next week.

We thank the Court for its continued assistance in this matter.         Respectfully submitted,

                                                                        *s/ Sandra A. Hudak*

                                                                        Sandra A. Hudak

Application GRANTED in part.  The deadline for Plaintiff to file its letter brief with respect to bond, ECF No. 194, is extended *nunc pro tunc* to **February 13, 2026**.  In lieu of Plaintiff's letter brief on bond, the parties are permitted to file a status report regarding a stipulated bond amount by the same date.  The Clerk of Court is respectfully directed to terminate ECF No. 195.

SO ORDERED.

Dated: February 9, 2026                        Dale E. Ho
New York, New York                             United States District Judge