**MEMO ENDORSED**

# GLACIER LAW LLP

41 MADISON AVENUE,
SUITE 2529,
NEW YORK, 10010
EMAIL: WEI.WANG@GLACIER.LAW
WEB: WWW.GLACIER.LAW

**February 17, 2026**

**<u>Via Electronic Case Filing</u>**

Honorable Judge Dale E. Ho
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Court Room 905
New York, NY 10007

Re: *Spin Master, Ltd. v. Aomore-US,* Case No. 23 Civ. 7099 (DEH)

**RE: Consented Letter Motion for Extension of Time**

Dear Judge Ho:

Counsel for Defendants Leqiong, Monkki, Onecemore, Yucmed Store and Chenghai Lucky Boy Toys Co., Ltd. (collectively, "Defendants") respectfully submit this letter motion requesting a brief extension of the current deadlines for (i) Defendants' letter brief due February 17, 2026, and (ii) the parties' proposed Civil Case Management Plan and Scheduling Order due February 18, 2026.

Defendants just retained undersigned counsel, and we are in the process of obtaining and reviewing the complete case file and record from prior counsel. Given the timing of the substitution and the volume of materials that must be reviewed to meaningfully address the issues and comply with the Court's deadlines, Defendants respectfully request: (1) that Defendants' February 17, 2026 letter brief deadline be extended to February 20, 2026; and (2) that the deadline to submit the proposed Civil Case Management Plan and Scheduling Order be extended by two weeks (to March 4, 2026).

This is Defendants' first request for an extension of these deadlines since new counsel was just retained shortly before the deadlines. The requested extensions are sought in good faith, will not prejudice any party, and will assist the parties and the Court by ensuring complete and considered submissions.

Pursuant to the Court's Individual Practices, Defendants have met and conferred with Plaintiff regarding this request, and Plaintiff does not oppose the requested extensions.

We thank the Court for its time and attention to this matter and in considering this request.

Respectfully submitted,

By: /s/ Wei Wang

Wei Wang
Glacier Law LLP
41 Madison Avenue, Suite 2529
New York, NY 10010
(212) 729-5073
wei.wang@glacier.law

Consistent with the Court's February 17, 2026 memo endorsement, ECF No. 203, Defendants shall submit a letter brief, not to exceed 5 pages, addressing their position on the proposed order for preliminary injunction by **5 P.M** on **February 20, 2026**.  The parties' proposed Civil Case Management Plan and Scheduling Order shall be submitted by **March 4, 2026**.  The Clerk of Court is respectfully directed to terminate ECF No. 202.

SO ORDERED.

Dated: February 18, 2026                                         Dale E. Ho
New York, New York                                              United States District Judge