UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

SPIN MASTER, LTD.

       Plaintiff,

            Case No. 23 Civ. 7099 (DEH)

 - against -         Hon. Dale E. Ho

AOMORE-US; XIAOGAN LEQIONG TRADING CO., LTD.
(a/k/a LEQIONG); ZHONGXIANG HENGHAO TRADING
CO., LTD. (a/k/a MONKKI); SHENZHEN JINFAN MEDIA  **ORDER FOR A**
CO., LTD. (a/k/a ONECEMORE); SHENZHEN LIHENGTAI **PRELIMINARY**
TECHNOLOGY TRADING CO., LTD. (a/k/a ROPWOL);  **INJUNCTION**
ENSHI NIUSHUANG TRADING CO., LTD. (a/k/a YUCMED);
and SHANTOU CHENGHAI DISTRICT LEQIBAO TOY CO.,
LTD. (a/k/a CHENGHAI LUCKY BOY TOYS CO., LTD.),

       Defendants.

-----------------------------------------------------------------------------X

   For the reasons stated in the Opinion and Order filed January 28, 2026 (ECF No. 191), and because the Court has found that Plaintiff is likely to succeed on the merits of its claims for infringement of Claims 1, 6, and 21 of U.S. Patent No. 7,753,755 against all Defendants, namely:

- Xiaogan Leqiong Trading Co., Ltd. (a/k/a Leqiong);

- Zhongxiang Henghao Trading Co., Ltd. (a/k/a Monkki);

- Shenzhen Jinfan Media Co., Ltd. (a/k/a Onecemore);

- Enshi Niushuang Trading Co., Ltd. (a/k/a Yucmed); and

- Shantou Chenghai District Leqibao Toy Co., Ltd. (a/k/a Chenghai Lucky Boy Toys
  Co., Ltd.)

based on their importation into the United States, sale, offering for sale, and use in the United States of the products identified below ("Accused Products"), the Court hereby Orders:

1

1.     The Accused Products include the following products and any other products that are no more than colorably different from the Accused Products,[1] regardless of channel of sale in the United States:

| ASIN[2] | Sellers | Product Names | Photo |
|---|---|---|---|
| B08KHJ7XQJ | Monkki | EpochAir Wall Climbing Remote Control Car Dual Mode 360° Rotating RC Stunt Cars with Headlight Rechargeable Toys for Boys Gift for 4 5 6 7 8-12 Year Old Kids (Transformers) | |
| B08KHLQHSV | Leqiong | EpochAir Wall Climbing Remote Control Car Dual Mode 360° Rotating RC Stunt Cars with Headlight Rechargeable Toys for Boys Gift for 4 5 6 7 8-12 Year Old Kid | |
| | Monkki | EpochAir Wall Climbing Remote Control Car Dual Mode 360° Rotating RC Stunt Cars with Headlight Rechargeable Toys for Boys Gift for 4 5 6 7 8-12 Year Old Kid | |
| B09DKBL4QL | Leqiong | EpochAir Wall Climbing Remote Control Car, Remote Control Car that Climbs Walls, Recharge RC Stunt Car with 360 Rotation & Headlights Cars Toys for Boys, Gifts for 4 5 6 7 8 9+ Year Old | |

[1] Specifically, products that employ an "underbody venturi duct," "fan duct," and "stream of air" as construed in the Court's January 28, 2026 Opinion, ECF No. 191.

[2] "ASIN" means Amazon Standard Identification Number.

2

| ASIN | Sellers | Product Names | Photo |
|---|---|---|---|
| B0B2DG7351 | Onecemore | Aomifmik Wall Climbing Remote Control Car, Dual Mode 360° Rotating RC Stunt Car with Headlight, Rechargeable RC Car Toys for 4 5 6 7 8-12 Year Old Boys Girls Kids | |
| B0B8N43L8R | Yucmed Store | Yucmed Wall Climbing Remote Control Car,360° Rotating Dual Mode RC Stunt Car, Toys for 4 5 6 7 8 9 Year Old Boy, Rechargeable Toy Car with Headlight, Christmas Birthday Gifts-Blue | |
| B0BFHVNPDQ | Yucmed Store | Yucmed Wall Climbing Remote Control Car,360° Rotating Dual Mode RC Stunt Car, Toys for 4 5 6 7 8 9 Year Old Boy, Rechargeable Toy Car with Headlight, Christmas Birthday Gifts-Black | |
| B0BGNDNHNH | Onecemore | Aomifmik Wall Climbing Remote Control Car, 360° Rotating Dual Mode RC Stunt Car with Headlight, Rechargeable Toys for 4 5 6 7 8-12 Year Old Boys Girls Kids | |
| B0BTCQ3GSP | Monkki | EpochAir Wall Climbing Remote Control Car Dual Mode 360deg Rotating RC Stunt Cars with Headlight Rechargeable Toys for Boys Girls Gift for 4 5 6 7 8-12 Year Old Kid | |

| ASIN | Sellers | Product Names | Photo |
|---|---|---|---|
| B0BTNHVG2Z | Monkki | EpochAir Wall Climbing Remote Control Car, Dual Mode 360° Rotating RC Stunt Cars with Headlight, Rechargeable Toys for Boys Gift for Boys 4 5 6 7 8-12 Year Old | |
| B0BV6G359K | Onecemore | Aomifmik Wall Climbing Remote Control Car, Dual Mode 360° Rotating RC Stunt Car with Headlight, Rechargeable Toys for 3 4 5 67 8-12 Year Old Boys Girls Kids | |
| B0CMCBQMZV | Monkki | Wall Climbing Remote Control Car, 360° Rotating RC Stunt Car with Headlight, Rechargeable RC Car Toys for 3 4 5 6 7 8-12 Year Old Boys Girls Kids | |

| ASIN | Manufacturer | Seller | Model | Photo |
|---|---|---|---|---|
| B07F611PDB | Chenghai Lucky Boy Toys | I-UNICORN | LQB-88 | |

| ASIN | Manufacturer | Seller | Model | Photo |
|---|---|---|---|---|
| B0FGDTPX5L | Chenghai Lucky Boy Toys | Zingelo | LQB-88 | |
| B0FK279XLX | Chenghai Lucky Boy Toys | ECBA | LQB-88 | |
| B0FH4X6FFH | Chenghai Lucky Boy Toys | ECBA | LQB-88 | |
| B0FKMP5LM5 | Chenghai Lucky Boy Toys | Ufilni US | LQB-88 | |

| ASIN | Manufacturer | Seller | Model | Photo |
|---|---|---|---|---|
| B0FKMM1PDX | Chenghai Lucky Boy Toys | Ufilni US | LQB-88 | |

| Walmart UPC | Hyperlink | Seller | Photo |
|---|---|---|---|
| 144270849 | https://www.walmart.com/ip/Wupuaait-RC-Climbing-Spider-Robot-Toys-Remote-Control-Scary-Trick-Electronic-Spider-for-3-12-Years-Old-Kids/144270849 | Leqiong | |
| 715043330 | https://www.walmart.com/ip/Wupuaait-Wall-Climbing-Wireless-Remote-Control-Car-Toy-360-Degree-Rotation-Stunt-RC-Cars-with-LED-Lights-for-3-12-Years-Old-Kids-Silver/715043330; | Leqiong | |
| 1713434808 | https://www.walmart.com/ip/Wupuaait-Spider-Man-Edition-RC-Wall-Climbing-Stunt-Car-Toy-Perfect-Xmas-Gift-Suitable-for-4-12-Years-Old-Kids-Red-Blue-Black/1713434808; | Leqiong | |

| Walmart UPC | Hyperlink | Seller | Photo |
|---|---|---|---|
| 494426285 | https://www.walmart.com/ip/Wupuaait-Remote-Control-Christmas-Rechargeable-RC-Wall-Climbing-Racer-Stunt-Car-Toys-Xmas-Gift-for-3-12-Kids-Boys-and-Girls-Green-and-Red/494426285; | Leqiong | |
| 394411960 | https://www.walmart.com/ip/Wupuaait-Remote-Control-Wall-Climbing-Car-Toysfor-3-12-Years-Old-Boys-and-Girls-Transforms-RC-Car/394411960 | Leqiong | |

2.      Defendants and their parent companies, subsidiaries, agents, officers, servants, employees, attorneys, and other persons who are in active concert or participating in the importation of Accused Products into the United States, sale, offering for sale, and/or use of Accused Products in the United States, are hereby restrained and enjoined, pending further Order of this Court, from:

a.      Making, using, offering to sell, or selling within the United States, or importing into the United States, or actively inducing others to make, use, offer to sell, sell within the United States, or import into the United States any of the Accused Products; and

b.      Assisting or enabling any third party—including but not limited to Amazon, Walmart, Target, Temu, AliExpress, or fulfillment centers—to import, distribute, sell, offer for sale, or otherwise facilitate the sale in the United States of Accused Products

3.      Any persons who are in active concert or participation with the Defendants who receives actual notice of this order by personal service or otherwise, are hereby restrained and

enjoined from engaging in any of the acts or omissions set forth in Paragraph 2 pending further order of the Court.

4.      Defendants shall, within 10 days of this Order: (a) provide Plaintiff with a sworn accounting of all inventory of the Accused Products located in the United States or abroad; and (b) notify all resellers, distributors, and fulfillment partners of this injunction.

5.      Any violation of this Order may be considered and prosecuted as in contempt of this Court.

6.      This order shall become effective at the date and time of the filing with the Clerk and upon Plaintiff's posting of a bond in the amount of $500,000.

**SO ORDERED.**

Dated: February 24, 2026
New York, New York

_____
Dale E. Ho
United States District Judge

8