UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER, LTD, <br><br>             Plaintiff, <br><br>      v. <br><br> AOMORE-US; XIAOGAN LEQIONG TRADING CO., LTD. (a/k/a LEQIONG); ZHONGXIANG HENGHAO TRADING CO., LTD. (a/k/a MONKKI); SHENZHEN JINFAN MEDIA CO., LTD. (a/k/a ONECEMORE); SHENZHEN LIHENGTAI TECHNOLOGY TRADING CO., LTD. (a/k/a ROPWOL); ENSHI NIUSHUANG TRADING CO., LTD. (a/k/a YUCMED); and SHANTOU CHENGHAI DISTRICT LEQIBAO TOY CO., LTD. (a/k/a CHENGHAI LUCKY BOY TOYS CO., LTD.), <br><br>             Defendants. | 23-CV-7099 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

In an Opinion and Order dated January 28, 2026 (ECF No. 191), the Court found that Plaintiff is likely to succeed on the merits of its claims for infringement of Claims 1, 6, and 21 of U.S. Patent No. 7,753,755 against all Defendants. The Court ordered Defendants to refrain from "[m]aking, using, offering to sell, or selling within the United States, or importing into the United States, or actively inducing others to make, use, offer to sell, sell within the United States, or import into the United States any of the Accused Products." ECF No. 209. The Court also ordered Defendants to "(a) provide Plaintiff with a sworn accounting of all inventory of the Accused Products located in the United States or abroad; and (b) notify all resellers, distributors, and fulfillment partners of this injunction." *Id*. The Court noted that "any violation of this Order may be considered and prosecuted as in contempt of this Court." *Id*.

On May 5, 2026, Plaintiff filed a proposed order to show cause, seeking an order holding Defendant Chenghai Lucky Boy Toys in contempt for continuing to list likely infringing products for sale in the United States in violation of the Court's injunction. *See* ECF Nos. 219-20. On May 20, 2026, Defendant Chenghai Lucky Boy Toys filed a response in opposition, apologizing for an "inadvertent" failure to fully comply with the Court's injunction. ECF No. 221 at 2.

Based on the representation of Defendant Chenghai Lucky Boy Toys that "Lucky Boy has now removed the listings in full and has confirmed that none remain," *id*., the Court **DENIES** the motion to hold Defendant in contempt as **MOOT**. The Court finds that Defendant Chenghai Lucky Boy Toys did not willfully violate the injunction order and therefore exercises its discretion to decline to hold Defendant in contempt at this time. However, any further failure to comply with the injunction order may be considered and prosecuted as in contempt of this Court.

SO ORDERED.

Dated: June 1, 2026
      New York, New York

_____
      DALE E. HO
      United States District Judge

2